■ JOSEPH LOTTERMAN, Appellant, v. F. H. McGRAW AND COMPANY, Respondent.— Order entered July 13, 1967, unanimously modified, on the law and on the facts and in the exercise of discretion, to the extent of vacating defendant's notice for discovery and inspection and striking from said order so much thereof as denies plaintiff's motion to strike the defendant's notice for discovery and inspection and allows discovery and inspection, without prejudice to a motion for examination of plaintiff calling for the production of records, and except as so modified the order appealed from is affirmed, without costs or disbursements. There is no basis for departure from the general rule that examination should precede discovery and inspection which should be limited to specifically identified documents. (See, *Rios* v. *Donovan*, 21 A D 2d 409; *Mudge* v. *Hughes Constr. Co.*, 16 A D 2d 106.) Defendant may apply for a discovery and inspection after the completion of pretrial examination if it develops that the books and records produced in connection with such examination are inadequate. (*First Nat. Bank of Allentown* v. *Pan American World Airways*, 24 A D 2d 711; *Dubow* v. *Ames Home Pub. Co.*, 2 A D 2d 675.) Concur — Botein, P. J., Eager, Capozzoli, Tilzer and McGivern, JJ.

■ In the Matter of GERALD SULTAN. Motion for reinstatement to the Bar granted. Concur — Stevens, J. P., Eager, Steuer, Capozzoli, and Tilzer, JJ.

(Republished)

■ MOBIL OIL CORPORATION, Appellant-Respondent, v. SHAHEEN NATURAL RESOURCES COMPANY, INC., et al., Respondents-Appellants.— Order entered on September 5, 1967, to the extent appealed from, unanimously modified, on the law, to dismiss the first and second defenses in defendants' answer and to grant summary judgment in favor of plaintiff, and otherwise affirmed, with $50 costs and disbursements to plaintiff-appellant-respondent. The essential facts on which plaintiff relies as constituting waiver are undisputed, and in our opinion they bring the case within the compass of such decisions as *Oleet* v. *Pennsylvania Exch. Bank* (285 App. Div. 411) and *Lumber Ind.* v. *Woodlawn Furniture Corp.* (26 A D 2d 924). The order of this court entered on December 14, 1967 [29 A D 2d 523] is vacated. Concur — Botein, P. J., Stevens, McGivern and Witmer, JJ.

## (December 26, 1967)

■ In the Matter of OSCAR L. FELICIANO, Petitioner, v. SUPREME COURT, BRONX COUNTY, Respondent.— Motion to dismiss the petition granted, and the proceeding is dismissed, without costs or disbursements. No opinion. Concur — Stevens, J. P., Eager, Steuer, Rabin, and McGivern, JJ.